C. DENNIS LOOMIS (SBN: 082359)
   E-Mail: CDLoomis@buchalter.com
THOMAS J. SPEISS, III (SBN: 200949)
   E-Mail: TSpeiss@buchalter.com
BUCHALTER, A PROFESSIONAL CORPORATION
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Tel.: (310) 490-3373
Fax: (213) 896-0400

Attorneys for Plaintiffs,
MICHAEL ANDREW ROBINSON,
an Individual, and GRABBA LEAF, LLC,
a Florida limited liability company

JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANDREW ROBINSON, an individual; GRABBA LEAF, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>KHALED M. AHMED, an individual; SANDRA S. CERVANTES, aka SANDRA AHMED, an individual; ASHLEIGH HASSAN, an individual; BROADWAY CAPITAL, LLC, a Nevada limited liability company; 5800 WEST BOULEVARD, LLC, a California limited liability company, d/b/a LA SMOKE SHOP; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:22-cv-01752-RGK-JC<br><br>~~FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d)(8)~~<br><br>~~[PROPOSED]~~ ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I) AND L.R. 79-5.2.1(B)<br><br>[20] |

LODGED 2022 MAR 29 AM 9:45

# [~~PROPOSED~~] ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. This action be and hereby is dismissed <u>without</u> prejudice in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and L.R. 79-5.2.1(b);

2. ~~This action, including its Dismissal, shall remain Under Seal; and~~

3. The clerk is directed to close this action.

**IT IS SO ORDERED.**

Dated: April 5, 2022

*/s/ Gary Klausner*
R. Gary Klausner
District Court Judge